# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**E-PRIME AEROSPACE CORPORATION,**

        **Plaintiff,**

**-vs-**                                                Case No. 6:08-cv-2004-Orl-22DAB

**BOB G. DAVIS and BETTY SCOTT DAVIS,**

        **Defendant.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **MOTION TO DISMISS AMENDED COMPLAINT (Doc. No. 14)**
>
> **FILED:**      **January 26, 2009**
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** as moot.

Without reaching the merits of the motion to dismiss, the Court construes Plaintiff's response (Doc. No. 15) as a request to submit a second amended complaint. The request is **granted.** Plaintiff shall submit a Second Amended Complaint within five days of this Order. As Defendant has properly set forth the standard for pleading an action pursuant to 12(b)(6) and 9(b), Fed. R. Civ. P., and the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4, 4(b)(4), Plaintiff is advised to bear that standard in mind in formulating the Second Amended Complaint.

**DONE** and **ORDERED** in Orlando, Florida on February 27, 2009.

                                                       *David A. Baker*
                                                      DAVID A. BAKER
                                   UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record